McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO LIZANDRO DUARTE-BELTRAN,<br>  aka Marco Antonio Duarte-Beltran,<br><br>Defendant. | CASE NO. 1:18-CR-00198 DAD-BAM<br><br>STIPULATION REGARDING CONTINUANCE; FINDINGS AND ORDER<br><br>DATE: August 24, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 24, 2020.

2. By this stipulation, the parties move to continue the sentencing to September 21, 2020, at 10:00 a.m.

3. The parties agree and stipulate that a continuance is necessary to allow the Probation Officer to interview the defendant. The Probation Officer has been unable to interview the defendant, due to the quarantine at the Fresno County Jail.

////

STIPULATION                                    1

1  IT IS SO STIPULATED.

3  Dated:  July 13, 2020                                                      MCGREGOR W. SCOTT
                                                                              United States Attorney

5                                                                              /s/ KAREN A. ESCOBAR
                                                                              KAREN A. ESCOBAR
                                                                              Assistant United States Attorney

8  Dated:  July 13, 2020                                                      /s/ HARRY DRANDELL
                                                                              HARRY DRANDELL
                                                                              Counsel for Defendant

## FINDINGS AND ORDER

The sentencing hearing scheduled for August 24, 2020 is continued to September 21, 2020 at 10:00 a.m. in Courtroom 5.

IT IS SO ORDERED.

Dated:   **July 13, 2020**                                      *Dale A. Drozd*
                                                                UNITED STATES DISTRICT JUDGE

STIPULATION                                                     2