MCGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO LIZANDRO DUARTE-BELTRAN,<br>   aka Marco Antonio Duarte-Beltran,<br><br>Defendant. | CASE NO. 1:18-CR-00198-DAD-BAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between the United States of America and defendant Marco Lizandro Duarte-Beltran, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 21 U.S.C. § 853(a), defendant Marco Lizandro Duarte-Beltran's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. One HR Harrison and Richardson .22 caliber revolver, Model 939,

    b. One Marlin .22 caliber rifle; and

    c. Any and all ammunition seized from the above two firearms, as well as the campsite where the Marlin .22 caliber rifle was located.

2.  The above-listed assets are property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation or is property used, or intended

1  to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C.
2  §§ 841(a)(1), 841(b)(1)(A) and 846.

3      3.    Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to
4  seize the above-listed property.  The aforementioned property shall be seized and held by the U.S. Forest
5  Service, in its secure custody and control.

6      4.    a.    Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish
7  notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a
8  designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be
9  posted for at least 30 consecutive days on the official internet government forfeiture site
10 www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice
11 to any person known to have alleged an interest in the property that is the subject of the order of
12 forfeiture as a substitute for published notice as to those persons so notified.

13     b.    This notice shall state that any person, other than the defendant, asserting a legal
14 interest in the above-listed property, must file a petition with the Court within sixty (60) days from the
15 first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or
16 within thirty (30) days from receipt of direct written notice, whichever is earlier.

17     5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court
18 will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be
19 addressed.

20 IT IS SO ORDERED.

21 Dated: **August 27, 2020**    _Dale A. Drozd_
22     UNITED STATES DISTRICT JUDGE