PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>MARCO LIZANDRO DUARTE-BELTRAN,<br>  aka Marco Antonio Duarte-Beltran,<br><br>                  Defendant. | CASE NO. 1:18-CR-00198-DAD-BAM<br><br>FINAL ORDER OF FORFEITURE |

On August 27, 2020, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Marco Lizandro Duarte-Beltran forfeiting to the United States the following property:

    a.    One HR Harrison and Richardson .22 caliber revolver, Model 939,

    b.    One Marlin .22 caliber rifle, and

    c.    Any and all ammunition seized from the above two firearms, as well as the campsite where the Marlin .22 caliber rifle was located.

Beginning on September 10, 2020, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals or entities known to have an alleged interest in the above-described property:

    a.    On October 2, 2020, the United States sent notice to the Estate of Jackie Maxine Most, 34994 Sky Ranch Rd, Carmel Valley, CA 93294. On October 15, 2020, the notice was returned to the U.S. Attorney's Office marked as "return to sender, not deliverable as addressed, unable to forward."

    b.    On March 23, 2021, the United States sent notice to Michael Wayne Hall, 651 E. Corte Castano, Camarillo, CA 93010. On March 29, 2021, the PS Form 3811, indicating delivery, was signed by "Hall."

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Marco Lizandro Duarte-Beltran, the Estate of Jackie Maxine Most, and Michael Wayne Hall, whose rights to the below-listed property are hereby extinguished:

    a.  One HR Harrison and Richardson .22 caliber revolver, Model 939,

    b.  One Marlin .22 caliber rifle, and

    c.  Any and all ammunition seized from the above two firearms, as well as the campsite where the Marlin .22 caliber rifle was located.

2. The above-listed property shall be disposed of according to law.

3. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

4. The U.S. Forest Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **June 29, 2021**

                                           UNITED STATES DISTRICT JUDGE